# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1847

_____

Stacy Abram, Jr.                              *
                                              *
        Appellant,                            *
                                              *
    v.                                        *   Appeal from the United States
                                              *   District Court for the
Edward Laxton, Individually as Chief          *   Eastern District of Arkansas.
Investigator of CID; Crittenden County,       *
Arkansas,                                     *          [UNPUBLISHED]
                                              *
        Appellees.                            *

_____

Submitted:  September 7, 1999

Filed:   September 9, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Stacy Abram, Jr., appeals the district court's[1] judgment entered in favor of defendants following a bench trial in his 42 U.S.C. § 1983 action.  Because Mr. Abram did not provide this court with a transcript, or adequately support his request for one at government expense, meaningful review of the district court's factual findings is

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

precluded.  <u>See</u> Fed. R. App. P. 10(b)(2); <u>Van Treese v. Blome</u>, 7 F.3d 729 (8th Cir. 1993) (per curiam).  Accepting the district court's factual findings as correct, we conclude Mr. Abram has not shown the district court erred in entering judgment in favor of defendants.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.